| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MICHAEL L. BAUM, ESQ., SBN 119511<br>BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.<br>12100 WILSHIRE BOULEVARD<br>SUITE 950<br>LOS ANGELES, CA 90025<br>Telephone No: 310-207-3233 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California | | |
| Plaintiff: MARNETTE PATTERSON AND JAMES VERZINO<br>Defendant: ELI LILLY AND COMPANY, AN INDIANA CORPORATION | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:14-CV-08527-SVW-MAN |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NEW CASE ORDER; ORDER CONTINUING BRIEFING SCHEDULE; CIVIL MINUTES - GENERAL

3. a. Party served: ELI LILLY AND COMPANY, AN INDIANA CORPORATION
   b. Person served: BJORN FLOR, PROCESS SPECIALIST, NATIONAL REGISTERED AGENTS, REGISTERED AGENT FOR SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: 818 WEST SEVENTH STREET
   2ND FLOOR
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Dec. 08, 2014 (2) at: 3:50PM

7. **Person Who Served Papers:**
   a. DOUG FORREST

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone     (213) 250-9111
   Fax               (213) 250-1197
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 5141
       (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Dec. 09, 2014

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(DOUG FORREST)
2541194   .bauhed.666637